# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES DAVIS, III,<br><br>Plaintiff,<br><br>vs.<br><br>ROE TAROFF TAITZ AND PORTMAN, LLP,<br><br>Defendant. | **Case No.**  CV-10-5037-EFS<br><br>**CIVIL MINUTES**<br><br>**DATE:** 08/06/2010  **LOCATION:** RICHLAND<br><br>**MOTION HEARING** |

| **Judge  Edward F. Shea** | | |
|---|---|---|
| Debbie Brasel<br><br>**Courtroom Deputy** | **Law Clerk** | Stephanie Smithson<br><br>**Court Reporter** |
| Jon N. Robbins, telephonically<br><br>**Plaintiff's Counsel** | | Marc Rosenberg<br><br>**Defendant's Counsel** |

**[XX]  Open Court**

Mr. Rosenberg moves Court to Dismiss for Lack of Jurisdiction (Ct Rec 4)
Mr. Robbins argues resisting
Rebuttal argument by Mr. Rosenberg

**Court:**        Defendant's MOTION to Dismiss for Lack of Jurisdiction (Ct Rec 4) **denied**

**[ X ]  ORDER FORTHCOMING**

| CONVENED:  1:30 PM | ADJOURNED: 1:45 PM | TIME:   / 15 MINUTES | |
|---|---|---|---|