UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES DAVIS, III,<br><br>        Plaintiff,<br><br>    v.<br><br>ROE, TAROFF, TAITZ & PORTMAN, LLP,<br><br>        Defendant. | NO. CV-10-5037-EFS<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT** |

On November 24, 2010, the parties filed a Stipulation and Order of Dismissal. (ECF No. 40.) Based on the parties' notice, **IT IS HEREBY ORDERED:**

1. Plaintiff's Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice** and without fees and costs to any party**;**

2. All pending trial and hearing dates are **STRICKEN**;

3. All pending motions are **DENIED AS MOOT**; and

4. This file shall be **CLOSED.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel. Upon receipt, Plaintiff's counsel shall immediately provide a copy of this Order to Plaintiff.

**DATED** this     24th     day of November 2010.


                    S/ Edward F. Shea
                    EDWARD F. SHEA
                United States District Judge

Q:\Civil\2010\5037.Stip.Dismiss.wpd

ORDER ~ 1